IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL MOKSHEFSKI,

Plaintiff

v.

MORRIS HOUSER, et al.,

Defendants

Civil No. 3:23-cv-1071

(Judge Mariani)

## ORDER

**AND NOW**, this 23rd day of July, 2024, upon consideration of the Commonwealth Defendants' motion (Doc. 23) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 23) is **GRANTED**.

2. The claims against Defendants Laurel Harry, Erica Benning, Morris Houser, Bradley Booher, Curtis Grice, Kim Ardery, and Lori Campbell are **DISMISSED**. The Clerk of Court is directed to **TERMINATE** Laurel Harry, Erica Benning, Morris Houser, Bradley Booher, Curtis Grice, Kim Ardery, and Lori Campbell as Defendants in this action.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge